**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JAMES DALTON BELL, | ) |
| | ) |
| Petitioner, | ) |
| v. | )   No. 1:06-cv-673-SEB-VSS |
| | ) |
| MARK A. BEZY, Warden, | ) |
| | ) |
| Respondent. | ) |

**E N T R Y**

This cause is dismissed for failure to prosecute. This disposition is based on the petitioner's failure to file an amended complaint by June 21, 2006, as directed in paragraph 2 of the Entry issued on May 24, 2006.

Judgment consistent with this Entry shall now issue. The dismissal shall be without prejudice.

**IT IS SO ORDERED**.

Date: 06/26/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana